UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ALLYN STARR POPHIN,   CASE NO.: 10-32577-KKS
　　　　　　　　　　　　　　　　　　CHAPTER: 13
　　Debtor.
_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 124)

**This Case** came before the Court upon the Application for Payment of Unclaimed Funds (the "Application," Doc. 124) submitted by Dilks & Knopik, LLC ("Applicant") on behalf of Precision Recovery Analytics, Inc. ("Claimant"). It is

**ORDERED:**

The Application for the Recovery of Unclaimed Funds (Doc. 124) is DISAPPROVED without prejudice for the following reasons:

1. Applicant claims to be the assignee of Claimant, and included a document entitled "Purchase and Sale Agreement," (Doc. 124,

SK

Pg. 9). The document purports to show that Claimant assigned its right to Applicant. There is no transfer of claim on the docket indicating that Applicant is entitled to these funds.

2. Attached to the Application is a document from the State of California Secretary of State entitled "Statement of Information." This document purports to show that that the original claimant/assignor was in good standing at the time of the Application. The Statement of Information is dated September 22, 2011. There is no evidence attached to the Application that shows that the assignor/original claimant was in good standing at the time the assignment documents were executed.

3. Michael Crossan signed the "Purchase and Sale Agreement," purportedly on behalf of the original claimant/assignor. Michale Crossan is listed on the Statement of Information dated September 22, 2011, but there is no evidence attached to the Application that shows the Michael Crossan was authorized to sign the Pur-

chase and Sale Agreement on behalf of the original claimant/assignor at the time the Purchase and Sale Agreement was executed in November 2017.

DONE AND ORDERED on ___June 26, 2018_____.

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

Copies to:
All parties in interest

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065